1
2
3
4
5
6
7
8
9      UNITED STATES DISTRICT COURT
10     CENTRAL DISTRICT OF CALIFORNIA
11
12   ALFREDO ORTEGA,                    )   Case No. CV 10-10024 VAP (MRW)
13                      Petitioner,      )
14            vs.                        )   ORDER ACCEPTING FINDINGS AND
                                         )   RECOMMENDATIONS OF
15   GREG LEWIS, Warden,                 )   UNITED STATES MAGISTRATE
                                         )   JUDGE
16                      Respondent.      )
17   _____    )
18          Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on
19   file, and the Report and Recommendation of the United States Magistrate Judge.
20   Further, the Court has engaged in a de novo review of those portions of the Report
21   to which Petitioner has objected.  The Court accepts the findings and
22   recommendation of the Magistrate Judge.
23          IT IS ORDERED that Judgment be entered denying the petition and
24   dismissing this action with prejudice.
25
26
27   DATE:  May 31, 2012          _____
                                  HON. VIRGINIA A. PHILLIPS
28                                UNITED STATES DISTRICT JUDGE