UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ORTEGA, | ) Case No. CV 10-10024 VAP (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| GREG LEWIS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 31, 2012         _____
                           HON. VIRGINIA A. PHILLIPS
                           UNITED STATES DISTRICT JUDGE